IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02413-WYD-KMT

CROSS CONTINENT DEVELOPMENT, LLC, a Colorado limited liability corporation

      Plaintiff,

v.

TOWN OF AKRON, Colorado, a Colorado municipal corporation;
THE AKRON TOWN COUNCIL;
CARL S. McGUIRE II, Esq., in his official capacity as Attorney for the Town of Akron;
THE BOARD OF TRUSTEES OF THE TOWN OF AKRON; and
THE COLORADO PLAINS REGIONAL AIRPORT DEVELOPMENT COMMITTEE,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Defendants' Unopposed Motion for Leave to Substitute Defendants' Reply Brief in Support of Their Motion to Dismiss [doc. # 30] is **GRANTED**.  The Reply Brief attached as Exhibit A to the motion may be substituted for the Reply Brief previously filed January 13, 2010.  This Reply Brief shall, however, be electronically filed by the Defendants.

      Dated:  January 20, 2010