**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-02413-CMA-KMT

JARED McGREGOR,

    Plaintiff,

v.

EVANS LAW ASSOCIATES, PC,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulation To Dismiss Pursuant to Settlement (Doc. # 13) signed by the attorneys for the parties hereto, it is hereby

ORDERED that this case is DISMISSED WITH PREJUDICE with no fees or costs to either party.

DATED:  February   11  , 2011

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Court Judge