**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   August 8, 2012 |
| E.C.R./Reporter:   Tammy Hoffschildt | |

Civil Action No: **09-cv-02413-WYD-KMT**          Counsel:

**CROSS CONTINENT DEVELOPMENT**,           Victor M. Morales
                                                                                  Katherine A. Kelley
            Plaintiff,

v.

**TOWN OF AKRON, et al.**,                                Peter H. Doherty
                                                                                  Mary A. Wells
            Defendants.

**COURTROOM MINUTES**

**TRIAL PREPARATION CONFERENCE**

**3:06 p.m.**   Court in Session - Jury enters

             APPEARANCES OF COUNSEL.

             Court's opening remarks.

3:07 p.m.    Discussion regarding the estimated length of the trial being seven or eight days and filing an answer to the Second Amended Complaint.

**ORDERED:**   Defendant shall file an Answer to Plaintiff's Second Amended Complaint (ECF Doc. No. 86) not later than **Monday, August 13, 2012.**

3:11 p.m.    Discussion regarding joint statement on the case jury instruction.

3:16 p.m.    Discussion regarding jury instructions.

| | |
|---|---|
| **ORDERED:** | Parties shall file revised jury instructions, with maximum stipulation, and objections to proposed jury instructions not later than **Wednesday, August 15, 2012.** |
| 3:17 p.m. | Discussion regarding witness lists and exhibit lists. |
| **ORDERED:** | Parties shall file revised exhibit lists, with maximum stipulation to the admissibility of exhibits, not later than **Wednesday, August 15, 2012.** |
| 3:27 p.m. | Discussion regarding time limits for opening statements. |
| **ORDERED:** | Opening statements shall not exceed **thirty-five (35) minutes per side.** |
| 3:29 p.m. | Court outlines procedure for voir dire and jury selection process. |
| | Plaintiff's Motion in Limine to Exclude Expert Testimony of Melinda Harper and Travis Vallin (ECF Doc. No. 107), filed July 9, 2012, is raised for argument. |
| 3:35 p.m. | Argument by Plaintiff (Ms. Kelley). |
| 3:41 p.m. | Argument by Defendant (Mr. Doherty). |
| 3:42 p.m. | Argument by Plaintiff (Ms. Kelley). |
| **ORDERED:** | Plaintiff's Motion in Limine to Exclude Expert Testimony of Melinda Harper and Travis Vallin (ECF Doc. No. 107), filed July 9, 2012, is **DEFERRED.** |
| 3:44 p.m. | Discussion regarding Defendants' oral motion for one additional peremptory challenge. |
| **ORDERED:** | Defendants' oral motion for one additional peremptory challenge is **DENIED.** |
| **3:54 p.m.** | Court in Recess - HEARING CONTINUED. |

**TOTAL TIME:    :48**