**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   August 27, 2012 |
| E.C.R./Reporter:    Tammy Hoffschildt | |

Civil Action No: **09-cv-02413-WYD-KMT**          Counsel:

**CROSS CONTINENT DEVELOPMENT**,          Victor M. Morales
                                                                               Katherine A. Kelley
            Plaintiff,

v.

**TOWN OF AKRON, et al.**,          Peter H. Doherty
                                                 Mary A. Wells
            Defendants.

**COURTROOM MINUTES**

**TRIAL TO JURY (DAY 5)**

**9:03 a.m.**      Court in Session - Jury not present

                         Issues regarding Defendants' objection to testimony of witness Scott Saltzman is raised for argument.

9:04 a.m.       Argument by Defendants (Ms. Wells).

9:09 a.m.       Argument by Plaintiff (Mr. Morales).

**ORDERED:**    Defendants' objection to testimony of witness Scott Saltzman is **OVERRULED.**

9:11 a.m.       Discussion regarding trial schedule and Rule 50 motions being deferred until the close of the evidence.

**9:16 a.m.**   Court in Recess

| | |
|---|---|
| **9:54 a.m.** | Court in Session - Jury enters |
| 9:55 a.m. | Plaintiff's witness **Scott Saltzman** sworn. |
| | Direct examination by Plaintiff (Mr. Morales). |

*Witness tendered and accepted as an expert.*

| | |
|---|---|
| 10:30 a.m. | Cross examination by Defendants (Ms. Wells).<br>***EX ID:    deposition of Scott Saltzman (2/16/11) for purposes of impeachment, 1, A-52, 67*** |
| 11:16 a.m. | Re-Direct examination by Plaintiff (Mr. Morales). |
| 11:23 a.m. | Re-Cross examination by Defendants (Ms. Wells). |
| 11:25 a.m. | Plaintiff rests. |
| **11:26 a.m.** | Court in Recess |
| **11:44 a.m.** | Court in Session - Jury enters |
| 11:47 a.m. | Defendants' witness **Annette Bowin** sworn. |
| | Direct examination by Defendants (Mr. Doherty).<br>***EX ID:    A-63, A-88, A-93, 24, 18, 54, 56, A-67*** |

**Exhibit(s) A-63, A-88, A-93, A-67 RECEIVED.**

| | |
|---|---|
| **12:33 p.m.** | Court in Recess |
| **1:41 p.m.** | Court in Session - Jury enters |
| 1:43 p.m. | Defendants' witness **Annette Bowin** resumes. |
| | Direct examination by Defendants continues (Mr. Doherty).<br>***EX ID:    55, 3, 70, A-87, A-89, B-9, B-10, B-11*** |

**Exhibit(s) A-89, B-9, B-10, B-11 RECEIVED.**

| | |
|---|---|
| 2:24 p.m. | Cross examination by Plaintiff (Mr. Morales).<br>***EX ID:    65, 66, deposition of Annette Bowin (10/27/10) for purposes of impeachment, 54, 3, 63*** |

| | |
|---|---|
| 3:10 p.m. | Re-Direct examination by Defendants (Mr. Doherty).<br>***EX ID:***      ***66*** |
| 3:16 p.m. | Defendants' witness **Larry Ray Hill** sworn.<br><br>Direct examination by Defendants (Mr. Doherty).<br>***EX ID:***      ***11*** |
| 3:35 p.m. | Cross examination by Plaintiff (Ms. Kelley)<br>***EX ID:***      ***11, 10, 3*** |
| 3:42 p.m. | Re-Direct examination by Defendants (Mr. Doherty).<br>***EX ID:***      ***4*** |
| 3:48 p.m. | Discussion regarding schedule for tomorrow. |
| 3:50 p.m. | Jury excused for the evening.<br><br>Court distributes jury instructions and verdict form. |
| 3:52 p.m. | Discussion and argument regarding jury instructions.<br><br>Plaintiff's Motion in Limine to Exclude Expert Testimony of Melinda Harper and Travis Vallin (ECF Doc. No. 107), filed July 9, 2012, is raised for argument. |
| 3:54 p.m. | Argument by Plaintiff (Ms. Kelley). |
| 3:57 p.m. | Argument by Defendants (Ms. Wells). |
| 3:59 p.m. | Argument by Plaintiff (Ms. Kelley). |
| **ORDERED:** | Plaintiff's Motion in Limine to Exclude Expert Testimony of Melinda Harper and Travis Vallin (ECF Doc. No. 107), filed July 9, 2012, is **DENIED.** |
| **4:01 p.m.** | Court in Recess - TRIAL CONTINUED. |

**TOTAL TIME:   4:44**