IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL

Civil Action No.:   09-cv-02413-WYD-KMT

CROSS CONTINENT DEVELOPMENT,

    Plaintiff,

v.

TOWN OF AKRON,

    Defendant.

## ORDER REGARDING CUSTODY
## OF EXHIBITS AND DEPOSITIONS

It is ORDERED that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired, or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado, this 29th day of August, 2012.

BY THE COURT:

s\ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE