**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

Courtroom Deputy:   Robert R. Keech          Date:   February 4, 2014
E.C.R./Reporter:       Mary George

Civil Action No: **09-cv-02413-WYD-KMT**           Counsel:

**CROSS CONTINENT DEVELOPMENT**,          Victor M. Morales

       Plaintiff,

v.

**TOWN OF AKRON, COLORADO, et al.**,          Marilyn S. Chappell
                                           David G. Mayhan
       Defendants.          Peter H. Doherty

**COURTROOM MINUTES**

**STATUS CONFERENCE**

**2:03 p.m.**     Court in Session

           APPEARANCES OF COUNSEL.

           Court makes findings.

**ORDERED:**     Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction [ECF Doc. No. 174], filed January 13, 2014, is **DENIED.**

           Court's opening remarks.

2:06 p.m.     Discussion regarding the status of the case and setting various deadlines.

**ORDERED:**     Court authorizes Magistrate Judge Tafoya to conduct a settlement conference in this case.

| | |
|---|---|
| **ORDERED:** | Parties shall contact Magistrate Judge Tafoya to schedule a settlement conference or contact a mediator for settlement discussions in not later than **seven (7) days.** |
| **ORDERED:** | A 5-day jury trial is set to commence on **Monday, April 14, 2014, at 8:30 a.m., in Courtroom A-1002.** |
| **ORDERED:** | Trial preparation conference is set for **Tuesday, April 1, 2014, at 10:30 a.m., in Courtroom A-1002.** |
| **ORDERED:** | Alternatively, in the event counsel is not available on April 1, 2014, a trial preparation conference is set for **Thursday, March 27, 2014, at 9:00 a.m., in Courtroom A-1002.** |
| 2:29 p.m. | Court in Recess - HEARING CONCLUDED. |

**TOTAL TIME:   :26**