IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  09-cv-02413-WYD-KMT

CROSS CONTINENT DEVELOPMENT, LLC, a Colorado limited liability corporation

    Plaintiff,

v.

TOWN OF AKRON, Colorado, a Colorado municipal corporation,

    Defendant.

## ORDER GRANTING MOTION TO AMEND CAPTION

    The Court, having reviewed the Motion to Amend Caption of Defendant Town of Akron, and being advised in the premises, hereby

    ORDERED that Defendant's Motion to Amend Caption [ECF No. 181] filed February 7, 2014, is **GRANTED.**  It is further

    ORDERED that the caption in this action is hereby amended to reflect that Town of Akron, Colorado, a Colorado municipal corporation, is the sole Defendant in this action.  All other Defendants have been taken off the caption.

    Dated:  February 7, 2014.

                                      BY THE COURT:

                                      /s/ Wiley Y. Daniel
                                      WILEY Y. DANIEL,
                                      SENIOR UNITED STATES DISTRICT JUDGE