# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# SENIOR JUDGE WILEY Y. DANIEL

| | |
|---|---|
| Courtroom Deputy:   Nel Steffens | Date:   April 1, 2014 |
| E.C.R./Reporter:    FTR-Nel Steffens | |

Civil Action No: **09-cv-02413-WYD-KMT**        Counsel:

**CROSS CONTINENT DEVELOPMENT, LLC**,                             Victor M. Morales

       Plaintiff,

v.

**TOWN OF AKRON, COLORADO**,                           David G. Mayhan
                                                               Rachel O. Entrican

       Defendant.

## COURTROOM MINUTES

**TRIAL PREPARATION CONFERENCE**

**10:43 a.m.**     Court in Session

APPEARANCES OF COUNSEL.

Court's opening remarks.

**ORDERED:**   Parties are to file a statement of the case by Friday, April 4, 2014.

Court addresses **Defendant's Motion *In Limine* Regarding Plaintiff's Complaints and Damages Claims and Regarding Character Evidence of Richard Kusel** [#186] filed February 28, 2014.

Court addresses the introduction of evidence regarding CCD's initial claims that were dismissed.

Argument by Ms. Entrican.

Response by Mr. Morales.

**ORDERED:**   The motion is denied regarding permitting introduction of evidence regarding CCD's initial claims that were dismissed.

Court addresses introduction of evidence regarding CCD's computation of damages in its initial Rule 26 disclosure pleading.

Argument by Ms. Entrican.

Response by Mr. Morales.

**ORDERED:**   The motion is denied regarding introduction of evidence regarding CCD's computation of damages in its initial Rule 26 disclosure pleading.

Court addresses admissibility of evidence regarding CCD member Rick Kusel's criminal plea and sentencing by Judge McGuire.

Statement by the Court.

Response by Mr. Morales.

Response by Ms. Entrican.

**ORDERED:**   The motion is granted regarding admissibility of evidence regarding CCD member Rick Kusel's criminal plea and sentencing by Judge McGuire, but only as limited by the Court.

Court addresses anticipated length of trial; counsel anticipate one full week.

Discussion regarding the possible impact of religious holidays during/near the dates of trial.

**ORDERED:**   Opening statements shall be limited to twenty (20) minutes.

**ORDERED:**   Court will conduct initial voir dire, allowing each side fifteen to twenty (15-20) minutes for additional voir dire. Each side will be allowed three peremptory challenges. Case will be tried to a jury of ten.

Court reminds counsel to avoid, and to advise witnesses to avoid, reference to the prior trial.

Discussion regarding jury instructions.

**ORDERED:**   Parties shall meet and confer and shall submit a stipulated, substantive contract jury instruction by the date agreed on by counsel on the record, Friday, April 4,

2014.

Discussion regarding procedures for admitting exhibits en masse.

Court will enter a sequestration order.

**ORDERED:**   Trial will commence on April 14, 2014, at 8:30 a.m.

**11:12 a.m.**   Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   00:29**